UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GALVIN DUDLEY,

                  Plaintiff,                                 18 **CIVIL** 10015 (AKH)

        -against-                                 **JUDGMENT**

THE CITY OF NEW YORK, THE NEW YORK
CITY DEPARTMENT OF PARKS AND
RECREATION, STEPHANIE THAYER,
individually, TRINNETTE JAMESON,
individually, PIA RIVERA, individually, and
FLAVEIA HENRY, individually,
                  Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 7, 2020, Defendants' motion for summary judgment is granted in full; accordingly, the case is closed.

Dated:  New York, New York
          July 7, 2020

                                                          **RUBY J. KRAJICK**
                                                          Clerk of Court
                                   BY:
                                                           **Deputy Clerk**