

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

LAURA C. WILLIAMS
Assistant Corporation Counsel
Labor & Employment Law Division
Phone: 212-356-2435
lawillia@law.nyc.gov

July 19, 2021

**BY ECF**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

So ordered.
/s/ Hon. Alvin K. Hellerstein
July 26, 2021

      Re:    Galvin Dudley v. City of New York, et al.
              18 Civ. 10015 (AKH)

Dear Judge Hellerstein:

      I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. I write, with the consent of Plaintiff's counsel, to respectfully request a sixty-day extension of time, from July 21, 2021 to September 20, 2021, for Defendants to file their opposition to Plaintiff's Motion to Set Aside the Judgment and Order filed on July 7, 2020 pursuant to Federal Rule of Civil Procedure 60(b)(1). See ECF Doc. Nos. 53-55. This request is made due to personal circumstances which I can discuss further in camera and ex parte at the Court's request.

      Accordingly, Defendants request that the briefing schedule for Plaintiff's motion be adjusted as follows:

      Opposition Brief:    September 20, 2021

      Reply Brief:    October 4, 2021

Thank you for your consideration of this request.

                    Respectfully submitted,

                    /s/
                    Laura C. Williams
                    Assistant Corporation Counsel

cc:    Jessenia Maldonado, Esq. (By ECF)
        Law Office of Yuriy Moshes, P.C.
        *Attorneys for Plaintiff*